IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE FEDERICO RAMIREZ-PALOMO,<br><br>Defendant. | CR 26-77-BLG-SPW<br><br>ORDER |

Defendant entered his plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on July 31, 2026. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on July 31, 2026 (Doc. 20). No objections having been filed within fourteen days thereof,

**IT IS HEREBY ORDERED** that Judge Cavan's Findings and Recommendations (Doc. 20) are ADOPTED IN FULL;

Pursuant to the Defendant's plea agreement (Doc. 10 at 3), the parties agree to an abbreviated presentence report. Therefore, the presentence report is waived in accordance with Rule 32(c)(1)(A)(ii), with the exception of the offense level computation, criminal history points and advisory sentencing guideline range.

**IT IS FURTHER ORDERED** that sentencing in this matter is set for **Tuesday, September 1, 2026 at 1:30 p.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse.

The probation officer shall disclose the completed report detailing the offense level computation, criminal history points and advisory sentencing guideline range as follows: **two copies** to counsel for Defendant, and **one copy** to counsel for the government on or before **August 24, 2026**. Any objections to the report will be argued at the sentencing hearing.

Defendant is to remain in the custody of U.S. Marshals pending sentencing.

The Clerk of Court is directed to notify counsel, U.S. Probation and U.S. Marshal Service of the making of this Order.

DATED this 17th day of August, 2026.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE